UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ERVIN RODAS, *et al*,

                              Plaintiffs,

on behalf of themselves and all others similarly situated,

                    -against-

COVA CONCRETE CORP.,
MANUAL H. PEREIRA,

                              Defendants.
------------------------------------------------------------X

Civil Action No.: 11CV0434
(SJ)(JMA)

**STIPULATION OF DISMISSAL**

**PLEASE TAKE NOTICE** that all of the parties to the instant action, through the signatures of their counsel on this Stipulation, agree to dismiss this action with prejudice, with each party bearing its own costs, pursuant to and in light of the settlement agreement of the parties.

**PLEASE TAKE FURTHER NOTICE** that this Stipulation may be executed in counterparts, and facsimile signatures shall have the same force and effect as originals.

Dated: Brooklyn, New York

December 18, 2012

_____
LAW OFFICE OF DAVID WIMS
BY: David C. Wims, Esq.
*Attorney for Plaintiffs*
1430 Pitkin Ave., 2nd Floor
Brooklyn, NY 11233
(646) 393-9550

_____
MASTROPIETRO-FRADE, LLP
BY: Manny A. Frade, Esq.
*Attorneys for Defendants*
190 Willis Avenue
Mineola, NY 11501
(516) 712-4000

SO ORDERED:

_____   _____
            Dated                                                 U.S.D.J.